UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-61164-KMW

TODD STEPHENS,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 91) ("Report") regarding Plaintiff's amended motion to vacate filed pursuant to 28 U.S.C. § 2255 (DE 60). No objections to the Report were filed and the time to do so has passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 91) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED**.
3. No certificate of appealability shall issue.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>30th</u> day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:

Todd Stephens
46080-080
Coleman Low
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1031
Coleman, FL 33521